

# Missouri Court of Appeals
## Southern District

**AUGUST 14, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1. Case No. SD33419

   Re: RAY CHARLES HICKS,
   Appellant,
   vs.
   STATE OF MISSOURI,
   Respondent.

2. Case Nos. SD33686, SD33687, SD33688 and SD33689 (Consolidated)

   Re: IN THE INTEREST OF:
   O.G., H.J.G., A.G., AND S.G., Minors,
   J.C.H., Natural Father,
   Appellant,
   vs.
   GREENE COUNTY JUVENILE OFFICE,
   Respondent.